# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ALEXANDRO NECOCHEA VARELA,

              Defendant.

CASE NO. 15-cr-01712-LAB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in ~~another~~ case [15CR 2508-LAB] against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/28/15

Barbara L. Major
U.S. Magistrate Judge